

# MEMORANDUM OPINION

No. 04-11-00918-CV

**IN RE** Valerie **MOLANO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
Karen Angelini, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  January 4, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On December 28, 2011, relator filed a petition for writ of mandamus and a motion for temporary relief. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-EM5-04687, styled *In the Interest of T.J.M.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding. However, the order complained of was signed by the Honorable Barbara Hanson Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas.